UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :
UNITED STATES and STATE OF NEW YORK                         :
ex rel. XIOMARY ORTIZ and JOSEPH GASTON,                    :
*Plaintiffs*, v. MOUNT SINAI HOSPITAL,                      :   **ORDER**
MOUNT SINAI SCHOOL OF MEDICINE, and                         :
MOUNT SINAI RADIOLOGY ASSOCIATES,                           :   1:16-MC-00165-RMB
*Defendants* (S.D.N.Y. no. 13 CV 4735-RMB-BCM) :
                                                            :
------------------------------------------------------------X

The Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       April 19, 2023

                                            _____
                                            **RICHARD M. BERMAN, U.S.D.J.**